UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CLIFTON G. BROWN,                        )   CASE NO. CV 16-3589-AB (PJW)
                                         )
              Petitioner,                )
                                         )   J U D G M E N T
         v.                              )
                                         )
WARREN L. MONTGOMERY, WARDEN,            )
                                         )
              Respondent.                )
_____ )

     Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

     DATED:  October 30, 2017.


                                 _____
                                 ANDRÉ BIROTTE, JR.
                                 UNITED STATES DISTRICT JUDGE